**E-Filed 9/21/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED POONJA,<br><br>                Appellee,<br><br>     v.<br><br>INTERNATIONAL CONTRACT TECHNOLOGIES,<br><br>                Appellant. | Case Number 5:10-cv-05868-JF<br><br>AMENDED[1] ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE |

     International Contract Technologies filed a notice of appeal in this bankruptcy action on December 23, 2010.  On the same date, the Clerk issued a notice of filing of appeal and a scheduling order.  There has been no further activity in the case.

     Accordingly, this appeal is DISMISSED for failure to prosecute.

     IT IS SO ORDERED.

Dated:  9/21/2011

                                      JEREMY FOGEL
                                      United States District Judge

---

[1] The order has been amended to correct a clerical error in the caption.

Case No. 5:10-cv-05868-JF
AMENDED ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE
(JFLC2)