\*\*E-Filed 10/21/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MESATRONIC USA, INC., <br><br> Debtor. <br> ——————————————— <br> MOHAMED POONJA, Chapter 7 Panel Trustee, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL CONTRACT TECHNOLOGIES, <br><br> Defendant. | Case Number 5:10-cv-05868-JF <br><br> ORDER VACATING DISMISSAL OF APPEAL; DIRECTING CLERK TO REOPEN CASE; AND DIRECTING CLERK TO REASSIGN CASE <br><br> [re: dkt. entr. 5] |

On September 16, 2011, this Court dismissed the instant bankruptcy appeal for failure to prosecute. Having considered Appellant's motion to vacate the dismissal and reinstate the appeal, the Trustee's opposition thereto, and Appellant's reply,

IT IS HEREBY ORDERED that the dismissal of the appeal is VACATED for good cause shown. The Clerk shall reopen the case and reassign the case to another district judge.

DATED: 10/21/2011

_____
JEREMY FOGEL
United States District Judge