UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MESATRONIC USA, INC,

    Debtor.
_____/

INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED,

    Defendant/Appellant,

    v.

MOHAMMED POONJA, TRUSTEE,

    Plaintiff/Appellee.
_____/

No. C 10-5868 PJH
Bankr. Case No. 08-53287 SLJ
Adv. Case No. 09-5049 SLJ

**ORDER RE RECORD ON APPEAL**

    The court has received the record on appeal, and notes that in its November 10, 2011 amended designation of record, defendant/appellant International Contact Technologies ("ICT") designated transcripts from two proceedings not previously designated: (1) the May 6, 2010 hearing on a motion to strike jury demand; and (2) the November 30, 2010 bench trial. The court has not yet received those transcripts. The court's prior order required ICT to ensure preparation and transmission of the transcripts to this court **no later than December 6, 2011.** Once the court has received the transcripts, the court will issue a briefing order.

    **IT IS SO ORDERED.**

Dated: November 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge