UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MESATRONIC USA, INC,

    Debtor.
_____/

INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED,

    Defendant/Appellant,

  v.

MOHAMMED POONJA, TRUSTEE,

    Plaintiff/Appellee.
_____/

No. C 10-5868 PJH
Bankr. Case No.  08-53287 SLJ
Adv. Case No.  09-5049 SLJ

**BRIEFING ORDER**

    The court has received the reporters transcripts of the (1) May 6, 2010 motion to strike jury demand; and (2) November 30, 2010 bench trial before the bankruptcy court. Accordingly, the record before the court now appears to be complete. Appellant's opening brief is due **no later than January 17, 2012**; appellee's opposition brief is due **no later than February 7, 2012**; and appellant's reply is due **no later than February 21, 2012.**

**IT IS SO ORDERED.**

Dated: December 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge