UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MESATRONIC USA, INC,

    Debtor.
_____/

INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED,

    Defendant/Appellant,

    v.

MOHAMMED POONJA, TRUSTEE,

    Plaintiff/Appellee.
_____/

No. C 10-5868PJH
Bankr. Case No. 08-53287 SLJ
Adv. Case No. 09-5049 SLJ

**ORDER**

    Appellant's opening brief was due January 17, 2012. However, on January 17, 2012, appellant's counsel filed a letter notifying the court that the parties had settled and that they were in the process of documenting the settlement. To date, the court still has not received a dismissal order. Accordingly, the parties are ORDERED to notify the court regarding the status of the above appeal, and to file a dismissal order with this court no later than **March 16, 2012.** If the parties fail to do so, the briefing schedule will be reinstated immediately.

**IT IS SO ORDERED.**

Dated: March 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge