1

2

3                        UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    In re MESATRONIC USA, INC,

                    Debtor.
7    _____/

8    INTERNATIONAL CONTACT TECHNOLOGIES
     INCORPORATED,
9

10                  Defendant/Appellant,            No. C 10-5868PJH
                                                    Bankr. Case No.  08-53287 SLJ
11                                                  Adv. Case No.  09-5049 SLJ
           v.
12                                                  **ORDER**
     MOHAMMED POONJA, TRUSTEE,
13
                    Plaintiff/Appellee.
14   _____/

15

16        Appellant's opening brief was due January 17, 2012.  However, on January 17,

     2012, appellant's counsel filed a letter notifying the court that the parties had settled and
17
     that they were in the process of documenting the settlement.  To date, the court still has not
18
     received a dismissal order.  Accordingly, the parties are ORDERED to notify the court
19
     regarding the status of the above appeal, and to file a dismissal order with this court no
20
     later than **March 16, 2012.**  If the parties fail to do so, the briefing schedule will be
21
     reinstated immediately.
22

23   **IT IS SO ORDERED.**

24   Dated: March 9,  2012

25                                                  _____
                                                    PHYLLIS J. HAMILTON
26                                                  United States District Judge

27

28

*United States District Court*
*For the Northern District of California*