Breck E. Milde (State Bar No.: 122437)
bmilde@terralaw.com
Mark W. Good (State Bar No.: 218809)
mgood@terralaw.com
TERRA LAW LLP
177 Park Ave., Third Floor
San Jose, CA 95113-2336
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Attorneys for Plaintiffs

Attorneys for Appellant
International Contact Technologies Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re<br><br>MESATRONIC USA, INC.,<br><br>Debtor.<br><br>INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED,<br><br>Appellant,<br><br>v.<br><br>MOHAMED POONJA, TRUSTEE,<br><br>Appellee. | Case No. 10-05868 JF<br><br>Bankruptcy No. 08-53287 SLJ<br><br>Chapter 7<br><br>Adv. Pro. No. 09-05049<br><br>**STIPULATION FOR DIMISSAL OF APPEAL** AND ORDER<br><br>[Fed. R. App. P. 42(a)] |

Appellant International Contact Technologies Incorporated and appellee Mohamed Poonja, Trustee have entered into an agreement to compromise the claims which are the subject of the above-captioned appeal. Pursuant to Federal Rule of Bankruptcy Procedure 9019, on motion by the trustee, the Bankruptcy Court may approve a settlement or compromise of claims belonging to the estate. On or about March 12, 2012, appellee Mohamed Poonja, Trustee filed an Application to Compromise Controversy with the Bankruptcy Court. The parties anticipate

1171162                                             1
**STIPULATION FOR DIMISSAL OF APPEAL**

1 approval of the Application.

2 Therefore the parties, through their respective undersigned counsel and pursuant to
3 Federal Rule of Appellate Procedure 42(a), hereby stipulate that the above-captioned appeal be
4 dismissed, contingent upon the approval of the parties' agreement to compromise now being
5 considered in the Bankruptcy Court. If the agreement to compromise is rejected, in whole or in
6 part, or found to be invalid, for any reason, this stipulation will be deemed void and appellant
7 International Contact Technologies Incorporated will be entitled to pursue its full rights on
8 appeal after providing notice to this Court within 15 days from the occurrence of such event.

Dated: March 15, 2012          TERRA LAW LLP

By: _____
Breck E. Milde, Esq.
Attorneys for Appellant
International Contact Technologies, Inc.

Dated: March 15, 2012

By: _____
Dennis Davis, Esq.
Attorneys for Appellee
Mohamed Poonja, Trustee



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/16/12