1  Breck E. Milde (State Bar No.: 122437)
   bmilde@terralaw.com
2  Mark W. Good (State Bar No.: 218809)
   mgood@terralaw.com
3  TERRA LAW LLP
   177 Park Ave., Third Floor
4  San Jose, CA 95113-2336
   Telephone: (408) 299-1200
5  Facsimile:  (408) 998-4895
   Attorneys for Plaintiffs
6
   Attorneys for Appellant
7  International Contact Technologies Incorporated
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                      (Oakland Division)
11

| | |
|---|---|
| In re | Case No. 10-05868 JF |
| MESATRONIC USA, INC., | Bankruptcy No. 08-53287 SLJ |
| Debtor. | Chapter 7 |
| | Adv. Pro. No. 09-05049 |
| INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED, | **STIPULATION FOR DIMISSAL OF APPEAL** AND ORDER |
| Appellant, | [Fed. R. App. P. 42(a)] |
| v. | |
| MOHAMED POONJA, TRUSTEE, | |
| Appellee. | |

Appellant International Contact Technologies Incorporated and appellee Mohamed Poonja, Trustee have entered into an agreement to compromise the claims which are the subject of the above-captioned appeal. Pursuant to Federal Rule of Bankruptcy Procedure 9019, on motion by the trustee, the Bankruptcy Court may approve a settlement or compromise of claims belonging to the estate. On or about March 12, 2012, appellee Mohamed Poonja, Trustee filed an Application to Compromise Controversy with the Bankruptcy Court. The parties anticipate

1  approval of the Application.

2  Therefore the parties, through their respective undersigned counsel and pursuant to
3  Federal Rule of Appellate Procedure 42(a), hereby stipulate that the above-captioned appeal be
4  dismissed, contingent upon the approval of the parties' agreement to compromise now being
5  considered in the Bankruptcy Court. If the agreement to compromise is rejected, in whole or in
6  part, or found to be invalid, for any reason, this stipulation will be deemed void and appellant
7  International Contact Technologies Incorporated will be entitled to pursue its full rights on
8  appeal after providing notice to this Court within 15 days from the occurrence of such event.

Dated:  March 15, 2012                          TERRA LAW LLP


                                                By: _____
                                                    Breck E. Milde, Esq.
                                                    Attorneys for Appellant
                                                    International Contact Technologies, Inc.


Dated: March 15, 2012


                                                By: _____
                                                    Dennis Davis, Esq.
                                                    Attorneys for Appellee
                                                    Mohamed Poonja, Trustee


                                                3/16/12



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1171162                                         2
                        STIPULATION FOR DIMISSAL OF APPEAL